# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Phyllis L. Dunn<br>　　　　　Debtor | BK NO. 16-01676 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                        Respectfully submitted,

                        **/s/ James C Warmbrodt, Esquire**
                        James C. Warmbrodt, Esquire
                        Thomas Puleo, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322 FAX (215) 627-7734
                        Attorney for Movant/Applicant