THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

IN RE:

PHYLLIS L. DUNN
                Debtor,            INDEX NO. 5-16-01676JJT

HUDSON VALLEY FEDERAL CREDIT
UNION                                  CHAPTER 13
                Movant

vs.

PHYLLIS L. DUNN, Debtor, IRMA
ASCHOFF, Codebtor and CHARLES J.
DEHART III, Trustee
                Respondents,

---

## WITHDRAWAL OF ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Debtor respectfully requests that her Answer to creditor's Motion for Relief of Automatic Stay be withdrawn.

DATE: March 20, 2017                    /s/ Vern S. Lazaroff
                                                    Vern S. Lazaroff, Esq.
                                                      PO Box 1108
                                                      143 Pike Street
                                                      Port Jervis, NY 12771
                                                      Tel: 845-856-5335
                                                      Fax: 888-977-5377