```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-01676-JJT
Phyllis L. Dunn                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: karendavi     Page 1 of 1              Date Rcvd: Mar 21, 2017
                         Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
          +MR WALTER W DUNN,    305 PENNSYLVANIA AVENUE,   MATAMORAS, PA 18336-1617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Thomas J. MacNeely    on behalf of Creditor   Hudson Valley Federal Credit Union
               tmacneely@rjglaw.com, rschaffer@rjglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor Phyllis L. Dunn pabankruptcy@vernlazaroff.com
                                                                                              TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Phyllis L. Dunn<br>　　　　Debtor | CHAPTER 13 |
| Ditech Financial LLC<br>　　　　Movant<br>　　vs.<br>Phyllis L. Dunn<br>　　　　Debtor/Respondent<br>　　　and<br>Walter W. Dunn<br>　　　　Additional Respondent<br>　　　and<br>Charles J. DeHart, III<br>　　　　Trustee | NO. 5:16-bk-01676-JJT<br><br>11 U.S.C. Section 362 and 1301 |

**ORDER**

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the subject premises located at 305 Pennsylvania Avenue, Matamoras, PA 18336 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PJR)

Dated: March 21, 2017