In re:                                                                  Case No. 16-01676-JJT
Phyllis L. Dunn                                                         Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: karendavi        Page 1 of 1          Date Rcvd: Apr 05, 2017
                             Form ID: ordsmiss       Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2017.
db           +Phyllis L. Dunn,    305 Pennsylvania Avenue,   Matamoras, PA 18336-1617
4779523       Green Tree Servicing,    PO Box 7153,   Pasadena, CA 91109-7153
4798707      +Hudson Valley FCU,    PO Box 1750,   Poughkeepsie, NY 12601-0750
4807870      +Hudson Valley Federal Credit Union,    PO Box 1071,   Poughkeepsie, NY 12602-1071
4798708       Irma Aschoff,    112 Avenue H,   Matamoras, PA 18336
4798709      +Jane M. Drake Tax Collector,    Matamoras Borough Tax Collector,    807 Ave N,
              Matamoras, PA 18336-1818
4779524      +KML Law Group, P.C.,    701 Market Street, Ste. 5000,    BNY Independence Center,
              Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4798703       E-mail/Text: ering@cbhv.com Apr 05 2017 18:48:29     Coll. Bur. of Hudson Val,
              155 N. Plank Road,   Newburgh, NY 12550-1747
4798704       EDI: WFNNB.COM Apr 05 2017 18:48:00      Comenity Bank/Peebles,    PO Box 182789,
              Columbus, OH 43218-2789
4798705      +E-mail/Text: bankruptcy.bnc@ditech.com Apr 05 2017 18:48:24     DiTech Financial LLC,
              PO Box 6172,   Rapid City, SD 57709-6172
4829474       E-mail/Text: bankruptcy.bnc@ditech.com Apr 05 2017 18:48:24     Ditech Financial LLC,
              P.O. Box 6154,   Rapid City, South Dakota 57709-6154
4797738       E-mail/Text: KDOR_KSBANKRUPTCY@KS.GOV Apr 05 2017 18:48:47     Kansas Department of Revenue,
              Po Box 12005,   Topeka, KS 66601-3005
4798710       EDI: CBSKOHLS.COM Apr 05 2017 18:48:00      Kohl's Capital One,    PO Box 3115,
              Milwaukee, WI 53201-3115
4798711      +E-mail/Text: ccd@oru.com Apr 05 2017 18:48:26     Orange & Rockland,    390 West Route 59,
              Spring Valley, NY 10977-5345
                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4798706*      DiTech Financial LLC,    PO Box 6172,   Rapid City, SD 57709-6172
                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2017 at the address(es) listed below:
            Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
            James Warmbrodt   on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
            Thomas J. MacNeely   on behalf of Creditor   Hudson Valley Federal Credit Union
            tmacneely@rjglaw.com,   rschaffer@rjglaw.com
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
            Vern S. Lazaroff   on behalf of Debtor Phyllis L. Dunn pabankruptcy@vernlazaroff.com
                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Phyllis L. Dunn
**Debtor(s)**

Chapter      13

Case No.      5:16–bk–01676–JJT

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above–named case of the debtor(s) be and is hereby dismissed.

Dated:  April 5, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: karendavis, Deputy Clerk